# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

August 22, 2024

<u>Via NYSCEF</u>

The Honorable Arun Subramanian,
   United States District Judge
      Southern District of New York
         500 Pearl St., New York, NY  10007

      Re:   *CCUR Acquisition II, LLC et al* v. *Lightfoot PC LLC et al.*,
             No. 1:24-cv-04988-AS:  Letter Motion for Extension of Time and
             <u>Adjournment of Pretrial Conference</u>

Dear Judge Subramanian:

      I write on behalf of Defendants in the above-referenced action to request a brief extension of time for the deadlines for Defendants' response to Plaintiffs' complaint and for related briefing.  Defendants currently are scheduled to answer or otherwise respond to Plaintiffs' complaint by September 9, 2024.  After conferring with Plaintiffs, who consent to this request, Defendants request the following briefing schedule for Defendants' anticipated motion to dismiss the complaint:

- Defendants' Motion to Dismiss:  September 19, 2024

- Plaintiffs' Notice of Intent to File Amended Pleading (if applicable):  September 30, 2024

- Plaintiffs' Amended Complaint (if applicable):  October 10, 2024

- Plaintiffs' Opposition to Motion to Dismiss if Plaintiffs do not amend the Complaint:  October 10, 2024

- Defendants' Reply in Support of Motion to Dismiss if Plaintiffs do not amend the Complaint: October 24, 2024

If, after Defendants file their motion to dismiss, Plaintiffs elect to file an amended complaint, the above briefing schedule would be adjourned, and the parties will meet and confer and within ten days of the filing of the amended complaint, submit a letter to the Court stating whether Defendants are relying on the originally-filed Motion to Dismiss, or proposing a schedule for Defendants to answer or otherwise respond to Plaintiffs' amended complaint and for any related briefing. Defendants' counsel was recently retained and requests this brief extension to familiarize themselves with Plaintiffs' allegations and related issues. This is Defendants' first request for an extension of time.

Additionally, the parties jointly request an adjournment of the Initial Pretrial Conference currently scheduled for October 3, 2024, which is one of the days on which Rosh Hashanah is observed. The parties respectfully request an adjournment to another date in October, at the Court's convenience. Counsel for Plaintiffs and Defendants are available on October 9, 10, 15, and 16.

The extension and adjournment are GRANTED. The Initial Pretrial Conference is moved to Tuesday, October 9, 2024, at 2:00 PM.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: August 23, 2024

cc:  Neal H. Klausner (Davis+Gilbert LLP) (by email)
     Daniel A. Dingerson (Davis+Gilbert LLP) (by email)
     Daniel T. Finnegan (Davis+Gilbert LLP) (by email)

Respectfully submitted,

/s/ *Jacob M. Croke*
Jacob M. Croke

*Counsel for Defendants Lightfoot PC LLC, Richh LLC, Richard Hornstrom and James Martin*