UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CCUR Acquisition II, LLC et al.,<br><br>      Plaintiffs,<br><br>-against-<br><br>Lightfoot PC LLC et al.,<br><br>      Defendants. | 24-cv-4988 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 Because plaintiff has filed an amended complaint (Dkt. 27), defendants' pending motion to dismiss plaintiff's original complaint is DENIED as MOOT.

 The Clerk of Court is directed to terminate the motion at Dkt. 21.

 SO ORDERED.

Dated: November 12, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge